**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-1412

OTIS O. EDWARDS,

        Plaintiff - Appellant,

    v.

TRS STAFFING SOLUTIONS, INCORPORATED; FLUOR ENTERPRISES, INC.,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Walter D. Kelley, District Judge. (2:06-cv-00166-WDK-TEM)

Submitted: August 14, 2008      Decided: August 19, 2008

Before MICHAEL, Circuit Judge, and WILKINS and HAMILTON, Senior Circuit Judges.

Affirmed by unpublished per curiam opinion.

Otis O. Edwards, Appellant Pro Se. Ruth L. Goodboe, MCGUIREWOODS, LLP, Norfolk, Virginia; Robert Craig Wood, MCGUIREWOODS, LLP, Charlottesville, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Otis O. Edwards appeals the district court's order dismissing his employment discrimination action for failure to comply with discovery orders. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Edwards v. TRS Staffing Solutions, Inc.</u>, No. 2:06-cv-00166-WDK-TEM (E.D. Va. filed Mar. 21,008; entered Mar. 24, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2